UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREW KYLER,<br><br>          Plaintiff,<br><br>    v.<br><br>AETNA HEALTH OF CALIFORNIA, INC.,<br><br>          Defendant. | No. 2:23-cv-02303-DAD-KJN<br><br>ORDER REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 12) |

On November 7, 2023, the parties stipulated to remand of this action to the Sacramento County Superior Court, where this action was originally filed. (Doc. No. 12.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Sacramento County Superior Court. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **November 13, 2023**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE